O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SHIREEN YAHYA ELBEIALY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO J. MAYORKAS, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendant. | Case № 2:22-cv-02778-ODW (JEMx)<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order Granting Judgment in Favor of Defendant and Denying Plaintiff's Motion for Summary Judgment, (ECF No. 39), it is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendant shall have Judgment in its favor;
2. Plaintiff shall receive nothing by way of the Complaint; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 1, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**